IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02045-REB-CBS

TONI'S ALPACAS, INC.,
an Ohio corporation,

      Plaintiff,

v.

NORMAN EVANS, individually, and
PRAIRE LEGACY, LLC,
a Kansas corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to File Second Amended Complaint *(doc. # 19)* is GRANTED.  Plaintiff's Second Amended Complaint *(doc no. 19-2)*, tendered to the court on December 31, 2009, is accepted for filing as of the date of this order.

**DATED:**      January 6, 2010