**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02045-REB-CBS

TONI'S ALPACAS, INC., an Ohio corporation,

    Plaintiff,

v.

NORMAN EVANS, individually,
PRAIRE LEGACY, LLC, a Kansas corporation, and
LAMA WELLNESS SERVICES, LLC, a Kentucky corporation,

    Defendants.

## ORDER DISMISSING DEFENDANT PRAIRIE LEGACY, LLC, ONLY

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice of All Claims Against Defendant, Prairie Legacy, LLC** [#34] filed March 8, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and plaintiff's claims against defendant, Prairie Legacy, LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of All Claims Against Defendant, Prairie Legacy, LLC** [#34] filed March 8, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant, Prairie Legacy, LLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Prairie Legacy, LLC, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated March 9, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge