**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02045-REB-CBS

TONI'S ALPACAS, INC., an Ohio corporation,

    Plaintiff,

v.

NORMAN EVANS, individually, and
LAMA WELLNESS SERVICES, LLC, a Kentucky corporation,

    Defendants.

**ORDER DISMISSING DEFENDANT,
LAMA WELLNESS SERIVICES, LLC, ONLY**

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss** [#61] filed August 27, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Lama Wellness Services, LLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss** [#61] filed August 27, 2010, is **GRANTED**;

    2. That plaintiff's claims against defendant, Lama Wellness Services, LLC, is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Lama Wellness Services, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 30, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge